IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL LUXAMA,

    Plaintiff,

v().                                      5:14cv73-WS

MICHAEL D. CREWS,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed April 8, 2014.  The magistrate judge recommends that the plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.  The plaintiff has filed objections (doc. 10) to the report and recommendation.

The court having reviewed the record in light of the plaintiff's objections,  it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

3.  The clerk shall enter judgment stating: "All claims are dismissed for failure to state a claim.

4.  The clerk shall note on the docket sheet that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2).

DONE AND ORDERED this   24th   day of    April   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE